# Exhibit 1

# NEELEY LAW GROUP, PLC

ROBERT C NEELEY, JR.
ATTORNEY AND COUNSELOR AT LAW
rcneeley@robertcneeley.hrcoxmail.com

| Main Office | Mailing Address: | |
|---|---|---|
| 184 Business Park Drive, Ste 204 | P.O. Box 3395 | Office: (757) 626-0074 |
| Virginia Beach, Virginia 23462 | Norfolk, Virginia 23514-3395 | Facsimile: (757) 962-2822 |

October 20, 2020

Mr Thomas E. Baldwin Sr., Clerk
Norfolk General District Court
**CIVIL DIVISION**
150 Saint Paul's Blvd, Room 3202
Norfolk, VA 23510-2747

    Re:    Clifton R. Simpson. v. Stephanie Delette Waithe

Dear Mr. Baldwin:

    Please file the enclosed warrant in debt and place the matter on your docket for a return date of **December 4, 2020** at **9:00 a.m.** This date was confirmed by my Legal Assistant with Brittany, Clerk on October 20, 2020. A check in the amount of $65 to cover filing and service of process. Please return a service ready copy to us in the self-addressed stamped envelope provided for your convenience.

    Please do not hesitate to call us if you have any questions. Thank you for your kind assistance.

    With kindest regards, I remain.

                          Sincerely yours,

                          Robert C. Neeley, Jr., Esquire

RCN/rcn
Enclosure
cc:    Client
Defendant- Stephanie D. Waithe

# WARRANT IN DEBT (CIVIL CLAIM FOR MONEY)

Commonwealth of Virginia  VA. CODE § 16.1-79

NORFOLK
................................................................
CITY OR COUNTY  General District Court

150 Saint Paul's Blvd, Room 3202 Norfolk, VA 23510-2747
................................................................
STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:** You are hereby commanded to summon the Defendant(s).

**TO THE DEFENDANT(S):** You are summoned to appear before this Court at the above address on December 4, 2020 at 9:00 a.m. to answer the Plaintiff(s)' civil claim (see below).
RETURN DATE AND TIME

DATE ISSUED _____  [ ] CLERK  [ ] DEPUTY CLERK  [ ] MAGISTRATE

**CLAIM:** Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 25,000.00 ......... net of any credits, with interest at  6.00 % from date of LOSS until paid,

$ 59.00 ......... costs and $ ......... attorney's fees with the basis of this claim being

[ ] Open Account  [ ] Contract  [ ] Note  [X] Other (EXPLAIN)

**PERSONAL INJURIES-NEGLIGENCE-AUTO ACCIDENT**

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [X] NO  [X] cannot be demanded

October 20, 2020
...............................
DATE

[signature]
...............................
[ ] PLAINTIFF  [X] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

## CASE DISPOSITION

JUDGMENT against [ ] named Defendant(s) [ ]

for $ ......... net of any credits, with interest at ......... % from date

of ......... until paid, $ ......... costs and $ ......... attorney's fees

HOMESTEAD EXEMPTION WAIVED?  [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED

JUDGMENT  [ ] named Defendant(s):
[ ] JUDGMENT FOR  [ ] NAMED DEFENDANT(S)
[ ] NON-SUIT  [ ] DISMISSED

Defendant(s) Present?  [ ] YES
                        [ ] NO

...............................  ...............................
DATE                              JUDGE

FORM DC-41 (PAGE ONE OF TWO) 07/04 PDF

---

CASE NO. _____

PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

**CLIFTON R. SIMPSON**

215 W LITTLE CREEK RD

NORFOLK, VA 23505

v.

DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL)

**WAITHE, STEPHANIE DELETTE**

6219 SEKEFIELD DRIVE

NORFOLK, VA 23513

* * *

## WARRANT IN DEBT

**TO DEFENDANT:** You are not required to appear, however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.

[ ] To dispute this claim, you must appear on the return date to try this case.
[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

Bill of Particulars  ORDERED  DUE

Grounds of Defense  ORDERED  DUE

ATTORNEY FOR PLAINTIFF(S)
**ROBERT C NEELEY JR VSB#: 40441**
(757) 626-0074

ATTORNEY FOR DEFENDANT(S)

HEARING DATE AND TIME
12/4/20 @ 9:00 a.m.
Courtroom 2D

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION

...............................
DATE

...............................
CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

**RETURNS:** Each defendant was served according to law, as indicated below, unless not found.

NAME: WAITHE, STEPHANIE BELETTE
ADDRESS: 6219 SEDGEFIELD DRIVE
NORFOLK, VA 23513

[ ] **PERSONAL SERVICE** Tel. No.
Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE _____ SERVING OFFICER _____ for _____

**OBJECTION TO VENUE:**
To the Defendant(s): If you believe that Plaintiff(s) should have filed this suit in a different city or county, you may file a written request to have the case moved for trial to the general district court of that city or county. To do so, you must do the following:

1. Prepare a written request which contains (a) this court's name, (b) the case number and the "return date" as shown on the other side of this form in the right corner, (c) Plaintiff(s)' and Defendant(s)' name(s), (d) the phrase "I move to object to venue of this case in this court because" and state the reasons for your objection and also state in which city or county the case should be tried, and (e) your signature and mailing address.

2. File the written request in the clerk's office before the trial date (use the mail at your own risk) or give it to the judge when your case is called on the return date. Also send or deliver a copy to plaintiff.

3. If you mail this request to the court, you will be notified of the judge's decision.

FORM DC-412 DC-42R (REVERSE) REVISED 07/04

---

NAME: _____
ADDRESS: _____

[ ] **PERSONAL SERVICE** Tel. No.
Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE _____ SERVING OFFICER _____ for _____

---

NAME: _____
ADDRESS: _____

[ ] **PERSONAL SERVICE** Tel. No.
Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above.

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] Served on Secretary of the Commonwealth

[ ] NOT FOUND

DATE _____ SERVING OFFICER _____ for _____

I certify that I mailed a copy of this document to the defendants named therein at the address shown thereon on October 20, 2020

DATE

[signature]
[ ] Plaintiff
[✓] Plaintiff's Atty.
[ ] Plaintiff's Agent

Fi. Fa. issued on _____
Interrogatories issued on _____
Garnishment issued on _____

Commonwealth of Virginia · Department of Motor Vehicles
**Police Crash Report**

Officer Initials KP   Badge # 33885

Revised Report

| CRASH | | | | Local Case Number |
|---|---|---|---|---|
| Crash Date 12/28/2018 | MILITARY Time (24 hr clock) 17:20 | County of Crash | ☑ City of / ☐ Town of Norfolk | P18122800410 |

## DRIVER INFORMATION

**Driver's Action** P1 (Veh 1 / Veh 2)
- ✓(2) 1. No Improper Action
- 2. Exceeded Speed Limit
- 3. Exceeded Safe Speed But Not Speed Limit
- 4. Overtaking On Hill
- 5. Overtaking On Curve
- 6. Overtaking at Intersection
- 7. Improper Passing of School Bus
- 8. Cutting In
- 9. Other Improper Passing
- 10. Wrong Side of Road – Not Overtaking
- ✓(1) 11. Did Not Have Right-of-Way
- 12. Following Too Close
- 13. Fail to Signal or Improper Signal
- 14. Improper Turn – Wide Right Turn
- 15. Improper Turn – Cut Corner on Left Turn
- 16. Improper Turn From Wrong Lane
- 17. Other Improper Turn
- 18. Improper Backing
- 19. Improper Start From Parked Position
- 20. Disregarded Officer or Flagger
- 21. Disregarded Traffic Signal
- 22. Disregarded Stop or Yield Sign
- 23. Driver Distraction
- 24. Fail to Stop at Through Highway – No Sign
- 25. Drive Through Work Zone
- 26. Fail to Set Out Flares or Flags
- 27. Fail to Dim Headlights
- 28. Driving Without Lights
- 29. Improper Parking Location
- 30. Avoiding Pedestrian
- 31. Avoiding Other Vehicle
- 32. Avoiding Animal
- 33. Crowded Off Highway
- 34. Hit and Run
- 35. Car Ran Away – No Driver
- 36. Blinded by Headlights
- 37. Other
- 38. Avoiding Object in Roadway
- 39. Eluding Police
- 40. Fail to Maintain Proper Control
- 41. Improper Passing
- 42. Improper or Unsafe Lane Change
- 43. Over Correction

**Condition of Driver Contributing to the Crash** P2
- ✓✓ 1. No Defects
- 2. Eyesight Defective
- 3. Hearing Defective
- 4. Other Body Defects
- 5. Illness
- 6. Fatigued
- 7. Apparently Asleep
- 8. Other
- 9. Unknown

**Driver Vision Obscured** P3
- 1. Not Obscured
- ✓✓ 2. Rain, Snow, etc. on Windshield
- 3. Windshield Otherwise Obscured
- 4. Vision Obscured by Load on Vehicle
- 5. Trees, Crops, etc.
- 6. Building
- 7. Embankment
- 8. Sign or Signboard
- 9. Hillcrest
- 10. Parked Vehicle(s)
- 11. Moving Vehicle(s)
- 12. Sun or Headlight Glare
- 13. Other
- 14. Blind Spot
- 15. Smoke/Dust
- 16. Stopped Vehicle(s)

**Type of Driver Distractions** P4
- 1. Looking at Roadside Incident
- 2. Driver Fatigue
- 3. Looking at Scenery
- 4. Passenger(s)
- 5. Radio/CD, etc.
- 6. Cell Phone
- 7. Eyes Not on Road
- 8. Daydreaming
- 9. Eating/Drinking
- 10. Adjusting Vehicle Controls
- 11. Other
- 12. Navigation Device
- 13. Texting
- ✓✓ 14. No Driver Distraction

**Drinking** P5
- ✓✓ 1. Had Not Been Drinking
- 2. Drinking – Obviously Drunk
- 3. Drinking – Ability Impaired
- 4. Drinking – Ability Not Impaired
- 5. Drinking – Not Known Whether Impaired
- 6. Unknown

**Method of Alcohol Determination (by police)** P6
- 1. Blood
- 2. Breath
- 3. Refused
- ✓✓ 4. No Test

**Drug Use** P7
- 1. Yes
- ✓✓ 2. No
- 3. Unknown

## VEHICLE INFORMATION

**Vehicle Maneuver** V1 (Veh 1 / Veh 2)
- ✓ 1. Going Straight Ahead
- 2. Making Right Turn
- ✓ 3. Making Left Turn
- 4. Making U-Turn
- 5. Slowing or Stopping
- 6. Merging Into Traffic Lane
- 7. Starting From Parked Position
- 8. Stopped in Traffic Lane
- 9. Ran Off Road – Right
- 10. Ran Off Road – Left
- 11. Parked
- 12. Backing
- 13. Passing
- 14. Changing Lanes
- 15. Other
- 16. Entering Street From Parking Lot

**Skidding Tire/Mark** V2
- 1. Before Application of Brakes
- 2. After Application of Brakes
- 3. Before and After Application of Brakes
- ✓✓ 4. No Visible Skid Mark/Tire Mark

**Vehicle Body Type** V3
- ✓ 1. Passenger car
- 2. Truck – Pick-up/Passenger Truck
- 3. Van
- ✓ 4. Truck – Single Unit Truck (2-Axles)
- 7. Motor Home, Recreational Vehicle
- 8. Special Vehicle – Oversized Vehicle/Earthmover/Road Equipment
- 9. Bicycle
- 10. Moped
- 11. Motorcycle
- 12. Emergency Vehicle (Regardless of Vehicle Type)
- 13. Bus – School Bus
- 14. Bus – City Transit Bus/Privately Owned Church Bus
- 15. Bus – Commercial Bus
- 16. Other (Scooter, Go-cart, Hearse, Bookmobile, Golf Cart, etc.)
- 18. Special Vehicle – Farm Machinery
- 19. Special Vehicle – ATV
- 21. Special Vehicle – Low-Speed Vehicle
- 22. Truck – Sport Utility Vehicle (SUV)
- 23. Truck – Single Unit Truck (3 Axles or More)
- 25. Truck – Truck Tractor (Bobtail-No Trailer)

**Vehicle Damage** V4
- ✓✓ 1. Unknown
- 2. No damage
- 3. Overturned
- 4. Motor
- 5. Undercarriage
- 6. Totaled
- 7. Fire
- 8. Other

**Vehicle Condition** V5
- ✓✓ 1. No Defects
- 2. Lights Defective
- 3. Brakes Defective
- 4. Steering Defective
- 5. Puncture/Blowout
- 6. Worn or Slick Tires
- 7. Motor Trouble
- 8. Chains in Use
- 9. Other
- 10. Vehicle Altered
- 11. Mirrors Defective
- 12. Power Train Defective
- 13. Suspension Defective
- 14. Windows/Windshield Defective
- 15. Wipers Defective
- 16. Wheels Defective
- 17. Exhaust System

**Special Function Motor Vehicle** V6
- ✓ 1. No Special Function
- 2. Taxi
- 3. School Bus (Public or Private)
- 4. Transit Bus
- 5. Intercity Bus
- 6. Charter Bus
- 7. Other Bus
- 8. Military
- 9. Police
- 10. Ambulance
- 11. Fire Truck
- 12. Tow Truck
- 13. Maintenance
- ✓ 14. Unknown
- 15. TNC

**EMV in service**
- 1. Yes
- ✓✓ 2. No

**Truck Cover**
- 1. Yes
- ✓✓ 2. No

# Police Crash Report

Commonwealth of Virginia - Department of Motor Vehicles  FR300P (Rev 1/12)

Revised Report   Page 1 of 4

## CRASH

- GPS Lat: 36.54540 0
- GPS Long: -76.16350 0
- Crash Date: 12/28/2018
- Day of Week: Friday
- Military Time: 17:20
- County of Crash:
- Official DMV Use: 183835057
- City of Norfolk
- Landmarks at Scene: 215 W LITTLE CREEK RD
- Local Case Number: P18122800410
- Location of Crash (route/street): 215 W LITTLE CREEK RD
- At Intersection With or 5.00 Feet W of BONDALE
- Number of Vehicles: 2

## VEHICLE # 1

### DRIVER
- Name: SIMPSON, CLIFTON, ROGER
- Address: 215 W LITTLE CREEK RD
- City: NORFOLK    State: VA    ZIP: 23505
- Birth Date: 09/06/1950
- Driver's License Number: T60558875    State: VA    DL ✓   CDL ✓
- Gender: M ✓
- Safety Equip. Used: 3
- Air Bag: 6
- Ejected: 1
- Injury Type: 6
- Summons Issued As Result of Crash: 1
- Offenses Charged to Driver: 25-165

### VEHICLE
- Owner's Name: SIMPSON, CLIFTON, ROGER  (Same as Driver ✓)
- Address: 215 W LITTLE CREEK RD
- City: NORFOLK    State: VA    ZIP: 23505
- Vehicle Year: 2007    Make: AUDI    Model: A4
- Approximate Repair Cost: 5500
- Vehicle Plate Number: VRD6182    State: VA
- VIN: WAUDF78EX7A217016
- Insurance Company: STATEFARM
- Speed Before Crash: 2    Speed Limit: 35    Max Safe Speed: 35
- ALL Passengers Age Count: Under 8: 0, 8-17: 0, 18-21: 0, Over 21: 0

## VEHICLE # 2

### DRIVER
- Name: WAITHE, STEPHANIE, DELETTE
- Address: 6219 SEDGEFIELD DR
- City: NORFOLK    State: VA    ZIP: 23513
- Birth Date: 10/05/1964
- Driver's License Number: T60569983    State: VA    DL ✓   CDL ✓
- Gender: F ✓
- Safety Equip. Used: 3
- Air Bag: 2
- Ejected: 1
- Injury Type: 6
- Summons Issued As Result of Crash: 2

### VEHICLE
- Owner's Name: UNITED STATES, POSTAL, SERVICE
- Address: 7712 GRANBY ST
- City: NORFOLK    State: VA    ZIP: 23505
- Vehicle Year: 1989    Make: CHEVY    Model: LLV-A
- Approximate Repair Cost: 1000
- Vehicle Plate Number: 9216867    State: VA
- VIN: 1GBCS10E3L2305255
- Insurance Company: UNITED STATES POSTAL SERVICE
- Speed Before Crash: 35    Speed Limit: 35    Max Safe Speed: 35
- ALL Passengers Age Count: Under 8: 0, 8-17: 0, 18-21: 0, Over 21: 0

## PASSENGER (only if injured or killed)

(none listed for either vehicle)

## Codes

**POSITION IN/ON VEHICLE**
1. Driver
2-6. Passengers
7. Cargo Area
8. Riding/Hanging On Outside
9-98. All Other Passengers

**SAFETY EQUIPMENT USED**
1. Lap Belt Only
2. Shoulder Belt Only
3. Lap and Shoulder Belt
4. Child Restraint
5. Helmet
6. Other
7. Booster Seat
8. No Restraint Used
9. Not Applicable

**AIRBAG**
1. Deployed – Front
2. Not Deployed
3. Unavailable/Not Applicable
4. Keyed Off
5. Unknown
6. Deployed – Side
7. Deployed – Other (Knee, Air Belt, etc.)
8. Deployed – Combination

**EJECTED FROM VEHICLE**
1. Not Ejected
2. Partially Ejected
3. Totally Ejected

**SUMMONS ISSUED AS A RESULT OF CRASH**
1. Yes
2. No
3. Pending

**INJURY TYPE**
1. Dead
2. Serious Injury
3. Minor/Possible Injury
4. No Apparent Injury
6. No Injury (driver only)

- Investigating Officer: K PHILLIPS
- Badge/Code Number: 33885
- Agency/Department: NORFOLK POLICE DEPT 710
- Reviewing Officer: Sgt EJ Jones
- Report File Date: 12/29/2018

Officer Initials **KP**  Badge # **33885**  
Commonwealth of Virginia • Department of Motor Vehicles  
FR300P (Rev 1/12)

# Police Crash Report

Page **3** of **4**

Revised Report  
**CRASH**

| Crash Date | MILITARY Time (24 hr clock) | County of Crash | City of / Town of | Local Case Number |
|---|---|---|---|---|
| 12/28/2018 | 17:20 | | ✓ Norfolk | P18122800410 |

## CRASH INFORMATION

**Location of First Harmful Event in Relation to Roadway** — C1
- ✓ 1. On Roadway
- 2. Shoulder
- 3. Median
- 4. Roadside
- 5. Gore
- 6. Separator
- 7. In Parking Lane or Zone
- 8. Off Roadway, Location Unknown
- 9. Outside Right-of-Way

**Weather Condition** — C2
- 1. No Adverse Condition (Clear/Cloudy)
- 3. Fog
- 4. Mist
- ✓ 5. Rain
- 6. Snow
- 7. Sleet/Hail
- 8. Smoke/Dust
- 9. Other
- 10. Blowing Sand, Soil, Dirt, or Snow
- 11. Severe Crosswinds

**Light Conditions** — C3
- 1. Dawn
- 2. Daylight
- 3. Dusk
- ✓ 4. Darkness – Road Lighted
- 5. Darkness – Road Not Lighted
- 6. Darkness – Unknown Road Lighting
- 7. Unknown

**Traffic Control Device** — C4
- 1. Yes – Working
- 2. Yes – Working and Obscured
- 3. Yes – Not Working
- 4. Yes – Not Working and Obscured
- 5. Yes – Missing
- ✓ 6. No Traffic Control Device Present

**Traffic Control Type** — C5
- 1. No Traffic Control
- 2. Officer or Flagger
- 3. Traffic Signal
- 4. Stop Sign
- 5. Slow or Warning Sign
- ✓ 6. Traffic Lanes Marked
- 7. No Passing Lines
- 8. Yield Sign
- 9. One Way Road or Street
- 10. Railroad Crossing With Markings and Signs
- 11. Railroad Crossing With Signals
- 12. Railroad Crossing With Gate and Signals
- 13. Other
- 14. Pedestrian Crosswalk
- 15. Reduced Speed – School Zone
- 16. Reduced Speed – Work Zone
- 17. Highway Safety Corridor

**Roadway Alignment** — C6
- ✓ 1. Straight – Level
- 2. Curve – Level
- 3. Grade – Straight
- 4. Grade – Curve
- 5. Hillcrest – Straight
- 6. Hillcrest – Curve
- 7. Dip – Straight
- 8. Dip – Curve
- 9. Other
- 10. On/Off Ramp

**Roadway Surface Condition** — C7
- 1. Dry
- ✓ 2. Wet
- 3. Snowy
- 4. Icy
- 5. Muddy
- 6. Oil/Other Fluids
- 7. Other
- 8. Natural Debris
- 9. Water (Standing, Moving)
- 10. Slush
- 11. Sand, Dirt, Gravel

**Roadway Surface Type** — C8
- 1. Concrete
- ✓ 2. Blacktop, Asphalt, Bituminous
- 3. Brick or Block
- 4. Slag, Gravel, Stone
- 5. Dirt
- 6. Other

**Roadway Description** — C9
- 1. Two-Way, Not Divided
- ✓ 2. Two-Way, Divided, Unprotected Median
- 3. Two-Way, Divided, Positive Median Barrier
- 4. One-Way, Not Divided
- 5. Unknown

**Roadway Defects** — C10
- ✓ 1. No Defects
- 2. Holes, Ruts, Bumps
- 3. Soft or Low Shoulder
- 4. Under Repair
- 5. Loose Material
- 6. Restricted Width
- 7. Slick Pavement
- 8. Roadway Obstructed
- 9. Other
- 10. Edge Pavement Drop Off

**Relation to Roadway** — C11  
Interchange Area:
- ✓ 1. Main-Line Roadway
- 2. Acceleration/Deceleration Lanes
- 3. Gore Area (Between Ramp and Highway Edgelines)
- 4. Collector/Distributor Road
- 5. On Entrance/Exit Ramp
- 6. Intersection at end of Ramp
- 7. Other location not listed above within an interchange area (median, shoulder and roadside)

Intersection Area:
- 8. Non-Intersection
- 9. Within Intersection
- 10. Intersection-Related - Within 150'
- 11. Intersection-Related - Outside 150'

Other Location:
- 12. Crossover Related
- 13. Driveway, Alley-Access - Related
- 14. Railway Grade Crossing
- 15. Other Crossing (Crossings for Bikes, School, etc.)

**Intersection Type** — C12
- ✓ 1. Not at Intersection
- 2. Two Approaches
- 3. Three Approaches
- 4. Four Approaches
- 5. Five-Point, or more
- 6. Roundabout

**Work Zone** — C13
- 1. Yes
- ✓ 2. No

**Work Zone Workers Present** — C14
- 1. With Law Enforcement
- 2. With No Law Enforcement
- 3. No Workers Present

**Work Zone Location** — C15
- 1. Advance Warning Area
- 2. Transition Area
- 3. Activity Area
- 4. Termination Area

**Work Zone Type** — C16
- 1. Lane Closure
- 2. Lane Shift/Crossover
- 3. Work on Shoulder or Median
- 4. Intermittent or Moving Work
- 5. Other

**School Zone** — C17
- 1. Yes
- 2. Yes - With School Activity
- ✓ 3. No

**Type of Collision** — C18
- 1. Rear End
- ✓ 2. Angle
- 3. Head On
- 4. Sideswipe – Same Direction
- 5. Sideswipe – Opposite Direction
- 6. Fixed Object In Road
- 7. Train
- 8. Non-Collision
- 9. Fixed Object – Off Road
- 10. Deer
- 11. Other Animal
- 12. Pedestrian
- 13. Bicyclist
- 14. Motorcyclist
- 15. Backed Into
- 16. Other

# Police Crash Report

**Revised Report**

**CRASH**
Crash Date: 12/28/2018
MILITARY Time (24 hr clock): 17:20
County of Crash:
City of / Town of: Norfolk
Local Case Number: P18122800410

Page 4 of 4

## CRASH DIAGRAM



## DAMAGE TO PROPERTY OTHER THAN VEHICLES
Approx. Repair Cost | Object Struck (Tree, Fence, etc.) | Property Owners Name (Last, First, Middle) | Address (Street and Number) | VDOT Property

## CRASH DESCRIPTION
VEHICLE ONE WAS ATTEMPTING TO MAKE A LEFT TURN INTO HIS DRIVEWAY FROM W LITTLE CREEK RD WHEN VEHICLE TWO WAS TRAVELING STRAIGHT EAST BOUND DOWN W LITTLE CREEK RD. VEHICLE ONE FAILED TO YIELD THE RIGHT OF WAY AND VEHICLE TWO STRUCK VEHICLE ONE. THE DRIVER OF VEHICLE ONE WAS SUSPECTED OF DUI.

## CRASH EVENTS

| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 20 | | | | 20 | 2 | 20 | | | | 20 |
| Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event | Vehicle # | First Event | Second Event | Third Event | Fourth Event | Most Harmful Event |

First Harmful Event of Entire Crash that Results in First Injury or Damage: 20

**COLLISION WITH FIXED OBJECT**
1. Bank Or Ledge
2. Trees
3. Utility Pole
4. Fence Or Post
5. Guard Rail
6. Parked Vehicle
7. Tunnel, Bridge, Underpass, Culvert, etc.
8. Sign, Traffic Signal
9. Impact Cushioning Device
10. Other
11. Jersey Wall
12. Building/Structure
13. Curb
14. Ditch
15. Other Fixed Object
16. Other Traffic Barrier
17. Traffic Sign Support
18. Mailbox

**COLLISION WITH PERSON, MOTOR VEHICLE OR NON-FIXED OBJECT**
19. Pedestrian
20. Motor Vehicle In Transport
21. Train
22. Bicycle
23. Animal
24. Work Zone Maintenance Equipment
25. Other Movable Object
26. Unknown Movable Object
27. Other

**NON-COLLISION**
28. Ran Off Road
29. Jack Knife
30. Overturn (Rollover)
31. Downhill Runaway
32. Cargo Loss or Shift
33. Explosion or Fire
34. Separation of Units
35. Cross Median
36. Cross Centerline
37. Equipment Failure (Tire, etc)
38. Immersion
39. Fell/Jumped From Vehicle
40. Thrown or Falling Object
41. Non-Collision Unknown
42. Other Non-Collision