# Exhibit 2



U.S. Department of Justice
**United States Attorney's Office**
Eastern District of Virginia

## CERTIFICATION

I, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, pursuant to the provisions of 28 U.S.C. § 2679(d)(1), and by virtue of the authority vested in me by the Attorney General under 28 C.F.R. § 15.4, certify that I am familiar with the allegations made in the Complaint filed by plaintiff, Clifton R. Simpson, in *Simpson v. Waithe*, GV20020367-00, pending in General District Court for the City of Norfolk, Virginia. On the basis of the information now available with respect to the claims set forth therein, I hereby find and certify that the named defendant, Stephanie Delette Waithe, was acting within the scope of her federal office or employment at the time of the incident out of which the plaintiff's claim arose.

11/23/20
Date

G. Zachary Terwilliger
United States Attorney